## EXHIBITS TO THE COMPLAINT

## TABLE OF CONTENTS

EXHIBIT 1.................Page 1
EXHIBIT 2.................Page 5
EXHIBIT 3.................Page 7
EXHIBIT 4.................Page 8
EXHIBIT 5.................Page 9

Trademark Electronic Search System (TESS)

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 03:10:30 EDT 2013*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ]  OR [Jump] to record: [ ]  **Record 2 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



**Word Mark** DUCK DIVE

**Goods and Services** IC 025. US 022 039. G & S: Baseball caps and hats; T-shirts. FIRST USE: 20120330. FIRST USE IN COMMERCE: 20120330

IC 043. US 100 101. G & S: Bar services; Restaurant services. FIRST USE: 20120330. FIRST USE IN COMMERCE: 20120330

**Mark Drawing Code** (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

**Design Search Code**
02.03.02 - Silhouettes of women; Women depicted as shadows or silhouettes of women
02.09.19 - Diving, humans; Humans, including men, women and children, depicted playing games or engaged in other sports; Playing games or sports, humans
06.03.03 - Ocean; Ripples (multiple waves); Waves, open sea (multiple waves)
21.03.27 - Body boards; Snowboards; Surfboards
26.03.21 - Ovals that are completely or partially shaded

**Serial Number** 85889133

**Filing Date** March 28, 2013

**Current Basis** 1A

**Original Filing Basis** 1A

**Owner** (APPLICANT) THE DUCK DIVE, LP DBA Duck Dive Doug Sondomowicz, Thomas Winn, Billy Ramirez, Peter Cich LIMITED PARTNERSHIP CALIFORNIA 6796 Malachite Place Carlsbad CALIFORNIA 92009

**Attorney of Record** Kristen N. Gonzales

**Description** Color is not claimed as a feature of the mark. The mark consists of a stylized wave shape with lighter shading toward

**EXHIBIT 1**

Trademark Electronic Search System (TESS)

| | |
|---|---|
| of Mark | the outer right portion of the wave, encircled by an elongated oval with the words "DUCK DIVE" in stylized lettering cutting across the top portion of the enlongated oval and extending beyond the oval itself. Within the oval shape, is the silhouette of a woman positioned toward the bottom of the oval holding a surfboard in the position of a "duck dive," appearing to dive under the wave inside the elongated oval. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 1

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 21 03:10:30 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  [ ]  OR  Jump  to record: [ ]   **Record 3 out of 6**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DUCK DIVE

| | |
|---|---|
| **Word Mark** | DUCK DIVE |
| **Goods and Services** | IC 025. US 022 039. G & S: Baseball caps and hats; T-shirts. FIRST USE: 20120330. FIRST USE IN COMMERCE: 20120330 |
| | IC 043. US 100 101. G & S: Bar services; Restaurant services. FIRST USE: 20120330. FIRST USE IN COMMERCE: 20120330 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85888258 |
| **Filing Date** | March 27, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) THE DUCK DIVE, LP DBA Duck Dive Doug Sondomowicz, Thomas Winn, Billy Ramirez, Peter Cich LIMITED PARTNERSHIP CALIFORNIA 6796 Malachite Place Carlsbad CALIFORNIA 92009 |
| **Attorney of Record** | Kristen N. Gonzales |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |

**EXHIBIT 1**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jun 21 03:10:30 EDT 2013

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [  ]  OR  Jump  to record: [  ]  **Record 1 out of 6**

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# THE DUCK DIVE

| | |
|---|---|
| Word Mark | THE DUCK DIVE |
| Goods and Services | IC 043. US 100 101. G & S: Bar services; Restaurant services |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85802943 |
| Filing Date | December 14, 2012 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | March 26, 2013 |
| Owner | (APPLICANT) HEYDARI, MICHAELINE INDIVIDUAL UNITED STATES 28955 SELFRIDGE DRIVE MALIBU CALIFORNIA 90265 |
| Attorney of Record | MICHAELINE A. RE |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT 2


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jun 21 03:10:30 EDT 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ]  **Record 4 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# DUCK DIVE GASTROPUB

| | |
|---|---|
| **Word Mark** | **DUCK DIVE** GASTROPUB |
| **Goods and Services** | IC 043. US 100 101. G & S: Bar services; Restaurant services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85897367 |
| **Filing Date** | April 7, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Duck Dive Gastropub, Inc. CORPORATION CALIFORNIA 1001 S. TOWNE AVENUE, #105 1880 Century Park East, Suite 1600 LOS ANGELES CALIFORNIA 90067 |
| **Attorney of Record** | MICHAELINE A RE |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

http://tess2.uspto.gov/bin/showfield?f=doc&state=4807:3zo4o2.2.4[6/21/...

EXHIBIT 2
Page 5

Trademark Electronic Search System (TESS)



### United States Patent and Trademark Office

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Jun 21 03:10:30 EDT 2013

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [   ]  OR  Jump to record: [   ]  **Record 5 out of 6**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## DUCK DIVE GASTROPUB MALIBU

| | |
|---|---|
| **Word Mark** | **DUCK DIVE** GASTROPUB MALIBU |
| **Goods and Services** | IC 043. US 100 101. G & S: Bar services; Restaurant services, namely, providing of food and beverages for consumption on and off the premises |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85890380 |
| **Filing Date** | March 29, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Duck Dive Gastropub, Inc. CORPORATION CALIFORNIA 1880 Century Park East, Suite 1600 LOS ANGELES CALIFORNIA 90067 |
| **Attorney of Record** | MICHAELINE A RE |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALIBU" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT 2**



EXHIBIT 3
Page 7



**EXHIBIT 4**
Page 8

# EATER

City — LOS ANGELES ▾ — TOP STORIES — PLACES — JOBS

**EATER MAPS**

## A Handy Guide to LA's Most Iconic Sandwiches



**EATERWIRE**

## Duck Dive to Malibu; the LA King's Fundraiser; More!

Wednesday, March 6, 2013, by Daniela Galarza

*MALIBU*— Nearly everyone was surprised when **Paul Shoemaker's Savory** in Malibu closed late last year. Except landlord **Zan Marquis**, who may or may not have had something to do with the shutter. Regardless, Marquis has leased the old Savory space to a new tenant: **Duck Dive Gastropub**. This is Duck Dive's second location; the first is in San Diego. [EaterWire]



DUCK DIVE GASTROPUB
29169 Heathercliff Rd., Malibu CA 90265 GIANT MAP

DOWNTOWN
MALIBU
ALAN GIRAUD
CULINARY MASTERS DINNER SERIES

*DOWNTOWN*— Hockey fans, listen up. **The Los Angeles Kings** are hosting a fundraiser for the Kings Care Foundation at downtown's **Fleming's Prime Steakhouse** at LA LIVE this Sunday, March 10. Tickets start at $750, but that's a small price to pay for a meal and drinks served by the Kings themselves. Plus, it's for a good cause. All team members will be in attendance. Reservations may be made online. [EaterWire]

*SANTA MONICA*— A new raw restaurant opened this past Saturday in Santa Monica, notes Grub Street. On opening night, **Raw Star Cafe** took $25 from

SIGN UP FOR OUR NEWSLETTER [ GO ]

## EATER DATING



urbanista, 31, F

*How about we...* pick up a pint of our favorite ice cream and share it.

☐ howaboutwe... **Find Your Date** — Send Message

**9 | 3**

### NEW LISTINGS AT EATER JOBS 

- Culinary Manager at Munchery
- Cheesemonger / Wine Bar Server at Righteous Cheese

Tweet 6 | Pin it | Submit | +1 | 26 TOTAL SHARES

Duck Dive to Malibu; the LA King's Fundraiser; More! - EaterWire - Eater LA

http://la.eater.com/archives/2013/03/06/duck_dive_to_malibu_the_la_kings_fundraiser_more.php[3/26/2013 2:25:23 PM]

each guest, but failed to provide an all-you-can-eat meal as promised. Sounds like a raw deal indeed. [GS]

*MANHATTAN BEACH*— **The Strand House** is hosting guests for an especially luxurious evening this coming Monday, March 11. Chef **Alain Giraud** (Maison Giraud) will be preparing a five course caviar dinner. **Petrossian Paris** will be on hand with caviar tasting notes, **The Cheese Store of Beverly Hills** will serve a cheese course, and **Perrier Jouet** is bringing the champagne. The event, priced at $200 a person, is expected to sell out. Reservations can be made by calling 310-545-7470. [EaterWire]

### RELATED LINKS


Sponsored
Stonyfield Farm
5 Steps to Packing a Healthier School Lunch


Eater LA
Jonathon Strader of The Hart and the Hunter


Eater LA
Eataly in "Serious Discussions" to Open at the Beverly Center


Sponsored
Hollyscoop
Plastic Surgery Disasters: Lil Kim, Meg Ryan & More

Eater LA
Anthony Bourdain Coming to SoCal to Open Les Halles!!??

Recommended by

### COMMENTS (1 EXTANT)


Fuzzy

Good luck guys I hope you have an iron-clad lease and a good lawyer. Your landlord is soulless.

#1, 03/06/13 07:56 PM
Fuzzy, 31 comments
Reply to this.

### POST A COMMENT



Post comment

Comments feed
Register as a commenter
Log in

DUCK DIVE GASTROPUB
EATERWIRE
FLEMINGS PRIME STEAKHOUSE
RAW STAR CAFE
THE CHEESE STORE
1 COMMENT

Save
2

## FOLLOW EATER LA

Eater LA
Like
You like this.

You and 13,011 others like Eater LA. 13,011 people like Eater LA.

## WHERE TO EAT

Eater's 38 Top Restaurants MAP
Heatmap: Where to Eat Now MAP
Heatmap: Where to Drink Now MAP
LA's Best Chinese Outside of the SGV MAP
LA's Best Sushi Spots MAP
LA's Best Korean Cuisine in Koreatown MAP
LA's Best Ramen Shops MAP
LA's Best Pastry Shops MAP
A Guide to LA's Best Late Night Dining MAP

## NEWS BY NEIGHBORHOOD

Atwater Village
Baldwin Hills
Beverly Hills
Beverly/Fairfax
Brentwood
Burbank
Cahuenga Pass
Calabasas
Century City
Cerritos
Chino Hills

**EXHIBIT 5**
**Page 10**